

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 18 2009

Stephan Harris, Clerk
Casper

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09CR 360 D |
| | ) | |
| Plaintiff, | ) | Ct. 1: 18 U.S.C. §§ 113(a)(6) and 1153, and |
| | ) | 18 U.S.C. § 2 |
| v. | ) | (Assault Resulting in Serious Bodily |
| | ) | Injury and Aid and Abet) |
| LOUIS SLOANE YELLOWFOX and | ) | |
| BLAINE JOE YELLOWFOX, | ) | Ct. 2: 18 U.S.C. §§ 113(a)(3) and 1153, and |
| | ) | 18 U.S.C. § 2 |
| Defendants. | ) | (Assault with a Dangerous Weapon with |
| | ) | Intent to Do Bodily Harm and Aid and |
| | ) | Abet) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about July 8, 2009, in the District of Wyoming, and within Indian Country, the Defendants, **LOUIS SLOANE YELLOWFOX** and **BLAINE JOE YELLOWFOX,** Indians, did knowingly assault Jason Antelope, which resulted in serious bodily injury to Jason Antelope, and the Defendants, did knowingly aid and abet each other in the commission of this offense.

In violation of 18 U.S.C. §§ 113(a)(6) and 1153 and 18 U.S.C. § 2.

### COUNT TWO

On or about July 8, 2009, in the District of Wyoming, and within Indian Country, the Defendants, **LOUIS SLOANE YELLOWFOX** and **BLAINE JOE YELLOWFOX,** Indians, did knowingly assault Jason Antelope, with a dangerous weapon, to wit, shod feet, with intent to

do bodily harm, and the Defendants did knowingly aid and abet each other in the commission of this offense.

In violation of 18 U.S.C. §§ 113(a)(3) and 1153 and 18 U.S.C. § 2.

A TRUE BILL:

_____
FOREPERSON

_____
KELLY H. RANKIN
United States Attorney

**PENALTY SUMMARY**

| | |
|---|---|
| **DATE:** | November 9, 2009 (4:30pm) |
| **DEFENDANT NAME:** | LOUIS SLOANE YELLOWFOX and BLAINE JOE YELLOWFOX |
| **VICTIM:** | YES |

09CR 360

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| OFFENSE: | Ct. 1: | **18 U.S.C. §§ 113(a)(6), 2, and 1153** (Assault Resulting in Serious Bodily Injury and Aid and Abet) |
| PENALTIES: | | 0-10 YEARS IMPRISONMENT $250,000 FINE 3 YEARS SUPERVISED RELEASE $100 SPECIAL ASSESSMENT |
| OFFENSE: | Ct. 2: | **18 U.S.C. §§ 113(a)(3), 2, and 1153** (Assault with a Dangerous Weapon with Intent to Do Bodily Harm and Aid and Abet) |
| PENALTIES: | | 0-10 YEARS IMPRISONMENT $250,000 FINE 3 YEARS SUPERVISED RELEASE $100 SPECIAL ASSESSMENT |
| **TOTALS:** | | 0-20 YEARS IMPRISONMENT $500,000 FINE 3 YEARS SUPERVISED RELEASE $200 SPECIAL ASSESSMENT |

| | | | |
|---|---|---|---|
| **AGENT:** | Nathan Eaton | **AUSA:** | JASON M. CONDER |

**ESTIMATED TIME OF TRIAL:**          **INTERPRETER NEEDED:**

_X_ five days or less                    ____ Yes
____ over five days                      _X_ No
____ other

**THE GOVERNMENT:**

_X_ will

____ will not

____ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions

**SEEK DETENTION IN THIS CASE.**